**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04cv46-V**

| | |
|---|---|
| **REA TECHNOLOGIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **KIMBALL INTERNATIONAL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the 6 November term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2006 term in the Statesville Division to the 16 January 2007 term in the Statesville Division.

Signed: October 10, 2006

Richard L. Voorhees
United States District Judge